IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

ELLYN HERRINGTON,

    Plaintiff,

v.

CRESTWOOD SCHOOL DISTRICT
ET AL.,

    Defendants.

CIVIL ACTION NO. 3:04-CV-1243

(JUDGE CAPUTO)

## ORDER

**NOW,** this 11th day of October, 2006, counsel having reported to the Court that the above case has been settled, IT IS HEREBY ORDERED that this case is dismissed without costs, except as noted, and without prejudice to the right of any party, upon good cause shown, to reinstate the action within sixty (60) days of the date of this Order if settlement is not consummated.

**FURTHER**, it appearing, pursuant to L.R. 83.3.2, that counsel failed to settle this case in time to notify jurors that their service would not be necessary, Cynthia L. Pollick, Esquire and Sharon M. O'Donnell, Esquire shall share equally the costs of summoning a panel of jurors for the trial in this case. The amount of $1,429.93 shall be made payable to the "Clerk of the United States District Court".

A. Richard Caputo
United States District Judge