```
              IN THE UNITED STATES DISTRICT COURT
            FOR THE MIDDLE DISTRICT OF PENNSYLVANIA


Ellyn Herrington          :
                          :
                          :
                          :
     vs                   :      3:04-CV-1243
                          :
                          :
                          :
Crestwood School District :
                          :
                          :



   BEFORE:              Honorable A. Richard Caputo

   PLACE:               Scranton, Pennsylvania

   PROCEEDINGS:         Settlement Agreement

   DATE:                Tuesday, October 10, 2006


APPEARANCES:

For the Plaintiff:      Cynthis L. Pollick, Esq.
                        The Employment Law Firm
                        Greater Pittston Professional
                        Center
                        126 South Main Street
                        Suite 201
                        Pittston, PA  18640


For the Defendants:     Sharon M. O'Donnell, Esq.
                        Marshall Dennehey Warner Coleman
                        and Goggin
                        4200 Crums Mill Road
                        Siute B
                        Harrisburg, PA  17112
```

```
 1                    (10:55 a.m., convene.)
 2                    (Whereupon, the following discussion
 3    occurred in the court's conference room.)
 4                    THE COURT:  On the record.  This is in the
 5    case of Herrington versus Crestwood School District,
 6    04-1243.  The case was called for a trial today before a
 7    jury.  The parties, before impanelling the jury, reached
 8    a settlement, and they would like to place the terms of
 9    that settlement on the record.
10                    MS. POLLICK:  Yes.
11                    THE COURT:  Ms. Pollick.
12                    MS. POLLICK:  Thank you, your Honor.  We are
13    resolving the case for $150,000.  And also, my client,
14    Ellyn Herrington, gets a job at Fairview Elementary
15    School for the 2007 school year.  She also gets a
16    long-term substitute position starting in November, and
17    that will be at a rate of $30,960 a year, and that will
18    begin one week before the individual who she'll be
19    subbing for goes out on maternity leave, and that is
20    going to be at Rice Elementary School.  And when she
21    comes into the job at Fairview in 2005 she will be
22    placed into Step 3.
23                    MS. O'DONNELL:  Cindy --
24                    MS. POLLICK:  Yes.
25                    MS. O'DONNELL:  It's 2007/2008.
```

1              MS. POLLICK:  Oh, I'm sorry.  2007/2008
2    school year term.  So, when she gets the job at Fairview
3    at the beginning of 2007/2008 school year she will come
4    in at a Step Three pursuant to the collective bargaining
5    agreement.  And the defendants have orally stated that
6    they will not do any retaliatory acts.
7              However, I want to make sure that my client
8    is protected and just want to put it on the record that
9    they will not observe her or do performance appraisals,
10   more than what they normally do unless there is cause
11   that -- to do so.
12             MS. O'DONNELL:  We agree, unless
13   circumstances warrant, additional observations or some
14   other reason to do additional performance appraisals,
15   Ms. Herrington will be treated the same as every other
16   employee.
17             MS. POLLICK:  Okay.  Does that sound right
18   to you what I said?
19             PLF. HERRINGTON:  Yes, it does.
20             MS. POLLICK:  Okay.  My client has greed to
21   it.
22             THE COURT:  Anything you want to add?
23             MS. O'DONNELL:  No.  There's nothing more
24   that we -- we agree to the terms that Ms. Pollick has
25   just expressed on the record.  We would like an order

```
 1  just indicating that the case has been dismissed.
 2              THE COURT:  All right.  We will --
 3              MS. POLLICK:  We didn't do the terms of how
 4  soon the money will arrive.  Because if he is doing an
 5  order, I just worry about the --
 6              THE COURT:  Off the record for a minute.
 7              (Whereupon, there was a discussion off the
 8  record between the parties.)
 9              MS. POLLICK:  We ask the Court to enter a
10  60-day order.
11              THE COURT:  All right.  I will enter a
12  60-day order dismissing the case, and subject to being
13  re-opened for good cause, which is my standard order
14  indicating dismissal when a settlement has been reached.
15              MS. O'DONNELL:  Thank you.
16              THE COURT:  Anything else for the record?
17              MS. O'DONNELL:  No, sir.
18              THE COURT:  All right.  I thank everybody
19  for resolving this.
20              (10:58 a.m., court adjourned.)
21
22
23
24
25
```

```
 1                    REPORTER'S CERTIFICATE

 2

 3        I, DIANA L. GILBRIDE, Official Court Reporter for

 4   the United States District Court for the Middle District

 5   of Pennsylvania, appointed pursuant to the provisions of

 6   Title 28, United States Code, Section 753, do hereby

 7   certify that the foregoing is a true and correct

 8   transcript of the within-mentioned proceedings had in

 9   the above-mentioned and numbered cause on the date or

10   dates hereinbefore set forth; and I do further certify

11   that the foregoing transcript has been prepared by me or

12   under my supervision.

13

14

15                              _____
                                Diana L. Gilbride, RMR, FCRR
16                              Official Court Reporter

17   REPORTED BY:

18      DIANA L. GILBRIDE, RPR
        Official Court Reporter
19      United States District Court
        Middle District of Pennsylvania
20      P.O. Box G
        Scranton, PA  18501-0090
21

22         (The foregoing certificate of this transcript
     does not apply to any reproduction of the same by any
23   means unless under the direct control and/or supervision
     of the certifying reporter.)
24

25
```