**From:** "Cynthia Pollick" <pollick@lawyer.com>
**To:** sodonnell@mdwcg.com
**CC:**
**Subject:** Herrington, Settlement Transcript
**Date:** Wed, 15 Nov 2006 15:44:53 -0500

```
Hi Sharon,

    Attached is a copy of the settlement transcript that you
requested.  The reporter did not charge us for the transcript.

    Any questions, please contact me.  Otherwise, I will assume the
check will be processed and mailed immediately.  If I do not
receive payment by December 1, 2006.  I will assume you will not
voluntarily produce the same, and I will file a Motion to Open the
record to enforce the settlement.

    Thanks, Cindy


--

Search for products and services at:
http://search.mail.com
```

Settlement_Transcript.pdf

**From:** "O'Donnell, Sharon M." <SMODonnell@MDWCG.com>
**To:** "Cynthia Pollick" <pollick@lawyer.com>
**CC:**
**Subject:** RE: Herrington, Settlement Transcript
**Date:** Wed, 15 Nov 2006 16:19:11 -0500

```
Thank you for your assistance in obtaining a copy of the transcript as
quickly and cost efficiently as possible.  We have until 12/10 under the
court's 60-day order.  I have asked that the check be expedited
nevertheless.

-----Original Message-----
From: Cynthia Pollick [mailto:pollick@lawyer.com]
Sent: Wednesday, November 15, 2006 3:45 PM
To: O'Donnell, Sharon M.
Subject: Herrington, Settlement Transcript

Hi Sharon,

    Attached is a copy of the settlement transcript that you requested.
The reporter did not charge us for the transcript.

    Any questions, please contact me.  Otherwise, I will assume the check
will be processed and mailed immediately.  If I do not receive payment
by December 1, 2006.  I will assume you will not voluntarily produce the
same, and I will file a Motion to Open the record to enforce the
settlement.

    Thanks, Cindy


--


Search for products and services at:
http://search.mail.com
```